```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RICHARD J. BENDER
    Assistant U.S. Attorney
 3  501 I Street, 10th Floor
    Sacramento, California  95814
 4  Telephone: (916) 554-2731
```

**FILED**

JUL 18 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-CR-0255 GEB |
| ) | CR. NO. |
| Plaintiff, ) | |
| ) | VIOLATIONS: 21 U.S.C. |
| v. ) | § 841(a)(1) - Manufacture |
| ) | of Marijuana (2 Counts); |
| MATTHEW ROWAN DAVIES, ) | 21 U.S.C. § 853(a) - Criminal |
| LYNN FERRELL SMITH, and ) | Forfeiture |
| ROBERT DUNCAN ) | |
| ) | |
| Defendants. ) | |

I N D I C T M E N T

COUNT ONE: [21 U.S.C. § 841(a)(1) - Manufacture of Marijuana]

The Grand Jury charges:  T H A T

MATTHEW ROWAN DAVIES,
LYNN FERRELL SMITH, and
ROBERT DUNCAN,

defendants herein, between approximately July of 2010, and October 4, 2011, at 1838 Vicki Lane, Stockton, California, in the State and Eastern District of California, did manufacture at least 100 plants of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

/ / /

1  COUNT TWO: [21 U.S.C. § 841(a)(1) - Manufacture of Marijuana]
2       The Grand Jury further charges:  T H A T
3                    MATTHEW ROWAN DAVIES,
                     LYNN FERRELL SMITH, and
4                    ROBERT DUNCAN,
5  defendants herein, between approximately January of 2010 and July
6  of 2010, at 3115 Autumn Chase Circle, Stockton, California, in
7  the State and Eastern District of California, did manufacture
8  marijuana, a Schedule I controlled substance, in violation of
9  Title 21, United States Code, Section 841(a)(1).

10
11  FORFEITURE ALLEGATION:  [21 U.S.C. § 853(a) - Criminal Forfeiture]

12      1.  Upon conviction of one or more of the offenses alleged
13  in Counts One and Two of this Indictment, defendants MATTHEW
14  ROWAN DAVIES, LYNN FERRELL SMITH, and ROBERT DUNCAN shall forfeit
15  to the United States pursuant to 21 U.S.C. § 853(a), the
16  following property:
17          a.  All right, title and interest in any and all
18  property involved in each offense in violation of Title 21,
19  United States Code, Section 841(a)(1), for which defendants are
20  convicted, and all property traceable to such property, including
21  the following: all real or personal property, which constitutes
22  or is derived, directly or indirectly, from proceeds obtained as
23  a result of the commission of the offenses; and all property used
24  in any manner or part to commit or to facilitate the commission
25  of these violations.
26          b.  A sum of money equal to the total amount of money
27  involved in the offenses, or conspiracy to commit such offenses,
28  for which defendants are convicted.

2.   If any property subject to forfeiture, as a result of the offenses alleged in Counts One and Two of this Indictment, for which defendants are convicted:

    (a)   cannot be located upon the exercise of due diligence;

    (b)   has been transferred or sold, or deposited with, a third party;

    (c)   has been placed beyond the jurisdiction of the Court;

    (d)   has substantially diminished in value; or

    (e)   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendants up to the value of the property subject to forfeiture.

A TRUE BILL

/s/
-----------
FOREPERSON

*[signature: Benjamin Wagner]*
BENJAMIN B. WAGNER
United States Attorney

3

PENALTY SLIP

DEFENDANTS: **MATTHEW ROWAN DAVIES, LYNN FERRELL SMITH, and ROBERT DUNCAN**

COUNT ONE:
VIOLATION:   21 U.S.C. § 841(a)(1) - Manufacture of at least 100 marijuana plants.

PENALTY:    5 years to 40 years in prison,
            up to $ 5,000,000 fine
            4 years to life TSR

COUNT TWO:
VIOLATION:   21 U.S.C. § 841(a)(1) - Manufacture of marijuana

PENALTY:    up to 20 years in prison,
            up to $ 1,000,000 fine
            3 years to life TSR

FORFEITURE
ALLEGATION:
VIOLATION:   21 U.S.C. § 853(a) - Criminal Forfeiture
PENALTY:    As described in the Indictment

PENALTY
ASSESSMENT:  $100 each count

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.

MATTHEW ROWAN DAVIES,
LYNN FERRELL SMITH and
ROBERT DUNCAN

## I N D I C T M E N T

**VIOLATIONS:** 21 U.S.C. § 841(a)(1) - Manufacture of Marijuana (2 Counts); 21 U.S.C. § 853(a) - Criminal Forfeiture

*A true bill,*

/s/
_____
Foreman.

Filed in open court this \_\_\_\_\_ 18 \_\_\_\_\_ day

of \_\_\_\_\_ July \_\_\_\_\_, A.D. 20 12

_____
Clerk.

Bail, $ _____ Carolyn K. Delaney _____ Summons as to Davies, Smith, and Duncan

GPO 863 525