BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>             v.<br><br>MATTHEW DAVIES and<br>LYNN SMITH,<br><br>                          Defendants. | **CASE NO.  2:12-CR-0255 GEB**<br><br>**STIPULTATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; ORDER**<br><br>[Continue hearing from 11/16/2012 to 12/21/2012] |

It is hereby agreed between counsel for the parties, that the status conference scheduled for November 16, 2012, be rescheduled for December 21, 2012 at 9:00 a.m.  The reason for the requested continuance is that the parties are in the middle of plea negotiations in anticipation that one or both defendants will change their plea at the December 21th hearing.   It is also requested that time be excluded between November 16th and December 21th, pursuant to 18 U.S.C. § 3161(h)(7) with the Court finding that the ends of justice in granting the continuance outweigh the interests of the defendant and the public in a speedy trial.

Dated: November 15, 2012                          BENJAMIN B. WAGNER
                                                                        United States Attorney


                                                                         /s/ Richard J. Bender
                                                                        RICHARD J. BENDER
                                                                        Assistant United States Attorney

Stipulation for continuance of status conference              1

[Stipulation continuing Status Conference to 12/21/2012 (cont.)]

| | |
|---|---|
| Dated:  November 15, 2012 | /s/ William Portanova (by RJB)<br>WILLIAM PORTANOVA<br>Counsel for Lynn Smith |
| Dated:  November 15, 2012 | /s/ Patrick K. Hanly (by RJB)<br>PATRICK K. HANLY<br>Counsel for Matthew Davies |

It is so ORDERED.

**Date:  11/19/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge