1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7
                IN THE UNITED STATES DISTRICT COURT
8
                   EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,           **CASE NO.  2:12-CR-0255 GEB**
11
                    Plaintiff,         **STIPULTATION AND ORDER CONTINUING
12                                     STATUS CONFERENCE AND EXCLUDING
           v.                          TIME; ORDER**
13
   MATTHEW DAVIES and
14 LYNN SMITH,
                                       [Continue hearing from 12/21/2012 to
15                                      1/18/2013]

16                  Defendants.

17
       It is hereby agreed between counsel for the parties, that the status conference scheduled for
18
   December 21, 2012, be rescheduled for January 18, 2013 at 9:00 a.m.  The reason for the requested
19
   continuance is that the parties are still conducting plea negotiations in anticipation that one or both
20
   defendants will change their plea on January 18th.  If that does not occur, the government will request
21
   that a motion and trial date be scheduled.   It is also requested that time be excluded between December
22
   21th and January 18th, pursuant to 18 U.S.C. § 3161(h)(7) with the Court finding that the ends of justice
23
   in granting the continuance outweigh the interests of the defendant and the public in a speedy trial.
24
                                       BENJAMIN B. WAGNER
25 Dated: December 19, 2012            United States Attorney

26
                                        /s/ Richard J. Bender
27                                     RICHARD J. BENDER
                                       Assistant United States Attorney
28

   Stipulation for continuance of status conference        1

[Stipulation continuing Status Conference to 1/18/2013 (cont.)]

Dated:  December 19, 2012            /s/ William Portanova (by RJB)
                                     WILLIAM PORTANOVA
                                     Counsel for Lynn Smith

Dated:  December 19, 2012            /s/ Patrick K. Hanly (by RJB)
                                     PATRICK K. HANLY
                                     Counsel for Matthew Davies

It is so ORDERED.

**Date:  12/20/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
Stipulation for continuance of status conference            2