```
PATRICK K. HANLY (Bar #128521)
980 Ninth Street Suite 1600
Sacramento, CA  95814
Telephone:  (916) 773-2211
Facsimile:  (916) 449-9544

Attorney for Defendant
MATTHEW DAVIES
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>MATTHEW DAVIES.<br><br>            Defendant, | CASE NO.  Cr. 12-0255 GEB<br><br>STIPULATION TO MODIFY MOTION SCHEDULE DATES AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED ORDER] |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

The motion schedule currently in place shall be modified as follows:

Motions filed: 4-5-13

Government's Response:  5-3-13

Defendant's Reply:    5-17-13

Hearing Date:  5-24-13, 9:00 a.m.

The parties further stipulate and agree that time shall be excluded from January 18, 2013 up to and including May 24, 2013.

1

IT IS SO STIPULATED.

DATED: 3-11-13.        /s/ Richard Bender
                       Assistant United States Attorney


DATED: 3-11-13         /s/ Patrick K. Hanly
                       Counsel for Defendant Matthew Davies


**O R D E R**

   IT IS SO FOUND AND ORDERED.

**Date: 3/11/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2