KEKER & VAN NEST LLP
ELLIOT R. PETERS - # 158708
epeters@kvn.com
STEVEN P. RAGLAND - # 221076
sragland@kvn.com
CHRIS J. YOUNG - # 239518
cyoung@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

PATRICK K. HANLY - # 128521
pkh@patrickhanlylaw.com
980 Ninth Street, Suite 1600
Sacramento, CA 95814
Telephone:   (916) 773-2211
Facsimile:   (916) 449-9544

Attorneys for Defendant
MATTHEW ROWAN DAVIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTHEW ROWAN DAVIES, LYNN FERRELL SMITH, and ROBERT DUNCAN,<br><br>        Defendants. | Case No. 2:12-CR-0255 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO MODIFY MOTION SCHEDULE DATES AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>Judge:   Hon. Garland E. Burrell, Jr.<br><br>Date Filed: July 18, 2012<br><br>Trial Date: Not Set |

STIPULATION AND [PROPOSED] ORDER TO MODIFY MOTION SCHEDULE DATES AND
EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT
Case No. 2:12-CR-0255 GEB

739903.01

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, Matthew Rowan Davies, by and through his counsel of record, hereby stipulate as follows:

The motion schedule currently in place shall be modified as follows:

| | |
|---|---|
| Motions filed: | April 12, 2013 |
| Government's Response: | May 10, 2013 |
| Defendant's Reply: | May 24, 2013 |
| Hearing Date: | June 7, 2013, 9:00 a.m. |

The parties further stipulate and agree that time shall be excluded from January 18, 2013 up to and including June 7, 2013, pursuant to 18 U.S.C. § 3161(h)(7) because the ends of justice in granting the continuance outweigh the interests of the defendant and the public in a speedy trial.

IT IS SO STIPULATED:

Dated: March 28, 2013

BENJAMIN B. WAGER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney

By: */s/ Richard J. Bender*
RICHARD J. BENDER
Assistant U.S. Attorney

*Attorneys for Plaintiff*
*UNITED STATES OF AMERICA*

Dated: March 28, 2013

KEKER & VAN NEST LLP

By: */s/ Steven P. Ragland*

Dated: March 28, 2013

ELLIOT R. PETERS
STEVEN P. RAGLAND
CHRIS J. YOUNG

LAW OFFICES OF PATRICK K. HANLY

By: */s/ Patrick K. Hanly*
PATRICK K. HANLY

*Attorneys for Defendant*
*MATTHEW ROWAN DAVIES*

I, Steven P. Ragland, am the ECF user whose ID and password are being used to file this

1

STIPULATION AND [PROPOSED] ORDER TO MODIFY MOTION SCHEDULE DATES AND
EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT
Case No. 2:12-CR-0255 GEB

739903.01

1  Stipulation and [Proposed] Order to Modify Motion Schedule Dates and Excludable Time Periods
2  Under Speedy Trial Act.  In compliance with General Order 45, X.B., I hereby attest that all
   signatories have concurred in this filing.

3  **ORDER**

4
        Pursuant to Stipulation, IT IS SO ORDERED.
5  **Date:  4/4/2013**

6
                                           _____
7                                          GARLAND E. BURRELL, JR.
                                           Senior United States District Judge
8

2
STIPULATION AND [PROPOSED] ORDER TO MODIFY MOTION SCHEDULE DATES AND
EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT
Case No. 2:12-CR-0255 GEB

739903.01