KEKER & VAN NEST LLP
ELLIOT R. PETERS - # 158708
epeters@kvn.com
STEVEN P. RAGLAND - # 221076
sragland@kvn.com
CHRIS J. YOUNG - # 239518
cyoung@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

PATRICK K. HANLY - # 128521
pkh@patrickhanlylaw.com
980 Ninth Street, Suite 1600
Sacramento, CA 95814
Telephone:    (916) 773-2211
Facsimile:    (916) 449-9544

Attorneys for Defendant
MATTHEW ROWAN DAVIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-0255 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY MOTION SCHEDULE |
| v. | Judge:    Hon. Garland E. Burrell, Jr. |
| MATTHEW ROWAN DAVIES, LYNN FERRELL SMITH, and ROBERT DUNCAN, | Date Filed: April 18, 2013 |
| | Trial Date: Not Set |
| Defendants. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, Matthew Rowan Davies, by and through his counsel of record, hereby stipulate as follows:

The motion briefing schedule currently in place shall be modified as follows:

| | |
|---|---|
| Motions filed: | May 3, 2013 |
| Government's Response: | May 31, 2013 |
| Defendant's Reply: | June 7, 2013 |

This modification will not affect the hearing date for the motions or the date on which briefing will be complete.  This modification simply extends the date by which Davies must file his motions by one week and extends the date by which the government shall file any response by one week.  All subsequent dates remain the same.

The Hearing Date for the motions shall remain as scheduled on June 21, 2013, 9:00 a.m.  Good cause exists for this modification to allow the parties to meet and confer regarding issues that may impact the motions to be filed.

IT IS SO STIPULATED:

Dated:  April 18, 2013

BENJAMIN B. WAGER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney

By: */s/*
RICHARD J. BENDER
Assistant U.S. Attorney

*Attorneys for Plaintiff*
*UNITED STATES OF AMERICA*

Dated:  April 18, 2013

KEKER & VAN NEST LLP

By: */s/ Steven P. Ragland*

Dated:  April 18, 2013

ELLIOT R. PETERS
STEVEN P. RAGLAND
CHRIS J. YOUNG

LAW OFFICES OF PATRICK K. HANLY

By: */s/ Patrick K. Hanly*
PATRICK K. HANLY

*Attorneys for Defendant*
*MATTHEW ROWAN DAVIES*

I, Steven P. Ragland, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order to Modify Motion Schedule Dates and Excludable Time Periods Under Speedy Trial Act.  In compliance with General Order 45, X.B., I hereby attest that all signatories have concurred in this filing.

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

**Date:  4/19/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge