KEKER & VAN NEST LLP
ELLIOT R. PETERS - # 158708
epeters@kvn.com
STEVEN P. RAGLAND - # 221076
sragland@kvn.com
CHRIS J. YOUNG - # 239518
cyoung@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

PATRICK K. HANLY - # 128521
pkh@patrickhanlylaw.com
980 Ninth Street, Suite 1600
Sacramento, CA 95814
Telephone:    (916) 773-2211
Facsimile:    (916) 449-9544

Attorneys for Defendant
MATTHEW ROWAN DAVIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW ROWAN DAVIES, LYNN FERRELL SMITH, and ROBERT DUNCAN,<br><br>Defendants. | Case No. 2:12-CR-0255 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO MODIFY MOTION SCHEDULE<br><br>Judge:    Hon. Garland E. Burrell, Jr.<br><br>Date Filed: July 18, 2012<br><br>Trial Date: Not Set |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, Matthew Rowan Davies, by and through his counsel of record, hereby stipulate as follows:

The motion schedule currently in place shall be modified as follows:

| | |
|---|---|
| Motions filed: | May 10, 2013 |
| Government's Response: | May 31, 2013 |
| Defendant's Reply: | June 7, 2013 |

This modification will not affect the hearing date for the motions or the date on which briefing will be complete. This modification simply extends the date by which Davies must file his motions by one week. All subsequent dates remain the same.

The Hearing Date for the motions shall remain as scheduled on June 21, 2013, 9:00 a.m. Good cause exists for this modification of the motion and hearing schedule to allow the parties to continue to meet and confer regarding issues that may impact the motions to be filed.

IT IS SO STIPULATED:

Dated: May 2, 2013        BENJAMIN B. WAGER
                          United States Attorney
                          RICHARD J. BENDER
                          Assistant U.S. Attorney

                     By:  */s/ Richard J. Bender*
                          RICHARD J. BENDER
                          Assistant U.S. Attorney

                          *Attorneys for Plaintiff*
                          *UNITED STATES OF AMERICA*

Dated: May 2, 2013        KEKER & VAN NEST LLP

                     By:  */s/ Steven P. Ragland*
                          STEVEN P. RAGLAND

Dated: May 2, 2013        LAW OFFICES OF PATRICK K. HANLY

                     By:  */s/ Patrick K. Hanly*
                          PATRICK K. HANLY

*Attorneys for Defendant*
*MATTHEW ROWAN DAVIES*

I, Steven P. Ragland, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order to Modify Motion Schedule Dates and Excludable Time Periods Under Speedy Trial Act.  In compliance with General Order 45, X.B., I hereby attest that all signatories have concurred in this filing.

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

DATED: _____

_____
HONORABLE GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT JUDGE