1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7
                        IN THE UNITED STATES DISTRICT COURT
8
                           EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,                **CASE NO.  2:12-CR-0255 GEB**
11
                         Plaintiff,
                                             **STIPULTATION AND ORDER CONTINUING**
12                                           **MOTIONS SCHEDULE AND SETTING**
              v.                             **CHANGE OF PLEA AS TO DEFENDANT**
13                                           **MATTHEW DAVIES; ORDER**
   MATTHEW DAVIES,
14
15
                         Defendant.
16

17        It is hereby agreed between counsel for the parties, that the motions schedule previously set

18 which includes a motions hearing on June 21, 2013, is hereby vacated and the matter set for a change of

19 plea on May 31, 2013 at 9:00 a.m.   Should the matter for whatever reason not resolve on May 31, 2013,

20 a new motions schedule and trial date will be set on that date.  It is also requested that time be excluded

21 between the date of this motion and May 31, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(to allow the

22 parties to finalize the plea agreement and prepare for the change of plea) with the Court finding that the

23 ends of justice in granting the continuance outweigh the interests of the defendant and the public in a

24 speedy trial.

25                                           BENJAMIN B. WAGNER
   Dated: May 16, 2013                       United States Attorney
26

27                                            /s/ Richard J. Bender
                                             RICHARD J. BENDER
28                                           Assistant United States Attorney

   Stipulation suspending motions schedule and setting       1
   change of plea

[Stipulation Suspending Motions Schedule, etc. (cont.)]

Dated:  May 16, 2013

/s/ Patrick K. Hanly (by RJB)
PATRICK K. HANLY
Counsel for Matthew Davies

**ORDER**

It is so ORDERED,

this ___ day of May, 2013

_____
GARLAND E. BURRELL, JR.
U.S. District Judge

Stipulation suspending motions schedule and setting change of plea

2