

FILED

MAY 3 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

1   BENJAMIN B. WAGNER
    United States Attorney
2   RICHARD J. BENDER
    Assistant U.S. Attorney
3   501 I Street, 10ᵗʰ Floor
    Sacramento, California  95814
4   Telephone: (916) 554-2731

5

6          IN THE UNITED STATES DISTRICT COURT FOR THE

7                EASTERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,        )
                                     )   CR. NO. 2:12-CR-0255 GEB
9                    Plaintiff,      )
                                     )   VIOLATIONS: 21 U.S.C.
10           v.                      )   §§ 846, 841(a)(1) - Conspiracy
                                     )   to Manufacture, Distribute, and
11  MATTHEW ROWAN DAVIES,            )   to Possess with the Intent to
                                     )   to Distribute Marijuana; 21
12                   Defendant.      )   U.S.C. § 841(a)(1) - Manufacture
                                     )   of Marijuana (2 counts); 21
13                                   )   U.S.C. § 841(a)(1) -
                                     )   Distribution of Marijuana (6
14                                   )   Counts)
                                     )
15  _____)

16                      S E C O N D

17                 S U P E R S E D I N G

18                I N F O R M A T I O N

19  COUNT ONE:    [21 U.S.C. §§ 846 and 841(a)(1)- Conspiracy to
20                Manufacture, Distribute, and Possess with the
                  Intent to Distribute Marijuana]
21
        The United States Attorney charges:  T H A T
22
                     MATTHEW ROWAN DAVIES,
23
    defendant herein, between on or about September of 2009 and on or
24
    about November 1, 2011, in the Counties of San Joaquin and
25
    Sacramento, State and Eastern District of California and
26
    elsewhere, did knowingly and intentionally conspire with other
27
    persons, known and unknown, to manufacture at least 100 marijuana
28
    plants, and to distribute, and to possess with the intent to

                              1

1  distribute at least 100 kilograms of marijuana, a Schedule I
2  controlled substance, in violation of Title 21, United States
3  Code, Section 841(a)(1), all in violation of Title 21, United
4  States Code, Section 846.

5  COUNT TWO: [21 U.S.C. § 841(a)(1) - Manufacture of Marijuana]
6     The United States Attorney further charges:  T H A T
7                      MATTHEW ROWAN DAVIES,
8  defendant herein, between approximately July of 2010, and October
9  4, 2011, at 1838 Vicki Lane, Stockton, California, in the Eastern
10 District of California, did knowingly and intentionally
11 manufacture at least 100 plants of marijuana, a Schedule I
12 controlled substance, in violation of Title 21, United States
13 Code, Section 841(a)(1).

14 COUNT THREE: [21 U.S.C. § 841(a)(1) - Manufacture of Marijuana]
15    The United States Attorney further charges:  T H A T
16                      MATTHEW ROWAN DAVIES,
17 defendant herein, between approximately January of 2010 and July
18 of 2010, at 3115 Autumn Chase Circle, in the City of Stockton,
19 County of San Joaquin, State and Eastern District of California,
20 did knowingly and intentionally manufacture at least 50 plants of
21 marijuana, a Schedule I controlled substance, in violation of
22 Title 21, United States Code, Section 841(a)(1).

23 COUNT FOUR: [21 U.S.C. § 841(a)(1) - Distribution of Marijuana]
24    The United States Attorney further charges:  T H A T
25                      MATTHEW ROWAN DAVIES,
26 defendant herein, between approximately December 2009 and June of
27 2010, at Pathways Family Health Cooperative, E. Acacia St., City
28 of Stockton, San Joaquin County, State and Eastern District of

2

1  California, did knowingly and intentionally distribute at least
2  50 kilograms of marijuana, a Schedule I controlled substance, in
3  violation of Title 21, United States Code, Section 841(a)(1).
4  COUNT FIVE: [21 U.S.C. § 841(a)(1) - Distribution of Marijuana]
5      The United States Attorney further charges:  T H A T
6                    MATTHEW ROWAN DAVIES,
7  defendant herein, between approximately August 2010 and October
8  of 2011, at Central Valley Caregivers Cooperative, 3260 Tomahawk
9  Drive, Stockton, County of San Joaquin, State and Eastern
10 District of California, did knowingly and intentionally
11 distribute at least 100 kilograms of marijuana, a Schedule I
12 controlled substance, in violation of Title 21, United States
13 Code, Section 841(a)(1).
14 COUNT SIX: [21 U.S.C. § 841(a)(1) - Distribution of Marijuana]
15     The United States Attorney further charges:  T H A T
16                    MATTHEW ROWAN DAVIES,
17 defendant herein, between approximately February of 2011 and
18 October of 2011, at Medizen Collective, 2201 Northgate Blvd.,
19 Suite #H, City and County of Sacramento, State and Eastern
20 District of California, did knowingly and intentionally
21 distribute at least 50 kilograms of marijuana, a Schedule I
22 controlled substance, in violation of Title 21, United States
23 Code, Section 841(a)(1).
24 COUNT SEVEN: [21 U.S.C. § 841(a)(1) - Distribution of Marijuana]
25     The United States Attorney further charges:  T H A T
26                    MATTHEW ROWAN DAVIES,
27 defendant herein, during September and October of 2011, at Twelve
28 Hour Care Collective, 6820 Fruitridge Rd., City and County of

3

1  Sacramento, State and Eastern District of California, did
2  knowingly and intentionally distribute more than a small amount
3  of marijuana, a Schedule I controlled substance, for
4  remuneration, in violation of Title 21, United States Code,
5  Section 841(a)(1).

6  COUNT EIGHT: [21 U.S.C. § 841(a)(1) - Distribution of Marijuana]
7         The United States Attorney further charges: T H A T
8                        MATTHEW ROWAN DAVIES,

9  defendant herein, during approximately August and September of
10 2011, at River City Wellness Collective, 3830 Northgate Blvd.,
11 City and County of Sacramento, State and Eastern District of
12 California, did knowingly and intentionally distribute more than
13 a small amount of marijuana, a Schedule I controlled substance,
14 for remuneration, in violation of Title 21, United States Code,
15 Section 841(a)(1).

16 COUNT NINE: [21 U.S.C. § 841(a)(1) - Distribution of Marijuana]
17         The United States Attorney further charges: T H A T
18                        MATTHEW ROWAN DAVIES,

19 defendant herein, during and between September and October of
20 2011, at Port City Health & Wellness, 1550 West Fremont Street,
21 City of Stockton, County of San Joaquin, State and Eastern
22 District of California, did knowingly and intentionally
23 distribute more than a small amount of marijuana, a Schedule I
24 controlled substance, for remuneration, in violation of Title 21,
25 United States Code, Section 841(a)(1).

26 COUNT TEN: [21 U.S.C. § 841(a)(1) - Distribution of Marijuana]
27         The United States Attorney further charges: T H A T
28                        MATTHEW ROWAN DAVIES,

4

1  defendants herein, between approximately June of 2011 and October

2  of 2011, at Sacramento Patients Group, formerly known as R & R

3  Wellness Collective, 75 Quinta Court, City and County of

4  Sacramento, State and Eastern District of California, did

5  distribute more than a small amount of marijuana, a Schedule I

6  controlled substance, for remuneration, in violation of Title 21,

7  United States Code, Section 841(a)(1).

8

9                          BENJAMIN B. WAGNER
                           United States Attorney

10

11                    by    RICHARD Ø. BENDER
                           Asst. U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    5

**PENALTY SLIP** - United States v. Matthew Rowan Davies, No. 2:12-CR-0255GEB

COUNT ONE - Conspiracy to Manufacture at least 100 marijuana plants and to Distribute, and Possess with the Intent to Distribute at least 100 kilograms of marijuana, in violation of 21 U.S.C. §§ 846 and 841(a)(1) -

      Maximum Sentence:    40 years in prison (5 year mandatory minimum),
                                         fine of up to $5,000,000,
                                         a $100 statutory assessment
                                       a term of supervised release of 4 years to life.

COUNT TWO - Manufacture of at least 100 plants of marijuana in violation of 21 U.S.C. § 841(a)(1) -
      Maximum Sentence:    40 years in prison (5 year mandatory minimum),
                                           fine of up to $5,000,000,
                                       a $100 statutory assessment
                                       a term of supervised release of 4 years to life.

COUNT THREE - Manufacture of at least 50 plants of marijuana in violation of 21 U.S.C. § 841(a)(1) -
      Maximum Sentence:    20 years in prison,
                                           fine of up to $1,000,000,
                                       a $100 statutory assessment,
                                       a term of supervised release of 3 years to life.

COUNTS FOUR - Distribution of at least 50 kilograms of marijuana in violation of 21 U.S.C. § 841(a)(1) -
      Maximum Sentence:    20 years in prison,
                                           fine of up to $1,000,000,
                                       a $100 statutory assessment,
                                       a term of supervised release of 3 years to life.

COUNT FIVE - Distribution of at least 100 kilograms of marijuana in violation of 21 U.S.C. § 841(a)(1) -

      Maximum Sentence:    40 years in prison (5 year mandatory minimum),
                                           fine of up to $5,000,000,
                                       a $100 statutory assessment
                                       a term of supervised release of 4 years to life.

COUNTS SIX - Distribution of at least 50 kilograms of marijuana in violation of 21 U.S.C. § 841(a)(1) -

      Maximum Sentence:    20 years in prison,
                                           fine of up to $1,000,000,
                                       a $100 statutory assessment,
                                     a term of supervised release of 3 years to life.

COUNTS SEVEN, EIGHT, NINE, and TEN - Distribution of more than a small amount of marijuana for remuneration, in violation of 21 U.S.C. § 841(a)(1) -
      Maximum Sentence:    5 years in prison,
                                         fine of up to $1,000,000,
                                     a $100 statutory assessment,
                                     a term of supervised release of 2 years to life.