1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7
                    IN THE UNITED STATES DISTRICT COURT
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,                    **CASE NO.  2:12-CR-0255 GEB**
11
                      Plaintiff,
                                                **STIPULTATION AND ORDER CONTINUING**
12                                              **SENTENCING; ORDER**
                v.
13
   MATTHEW DAVIES, LYNN SMITH,
14 and ROBERT DUNCAN

15
                                                [Continue J & S from 9/27/2013 to 11/15/2013]
16                   Defendants.

17
        It is hereby agreed between counsel for the parties, that the sentencing of the three defendants in
18
   the above case scheduled for September 27, 2013, be rescheduled for November 15, 2013 at 9:00 a.m.
19
   The reason for the requested continuance is that the draft Presentence Report as to Defendant Davies has
20
   not yet been finished because of work load and personnel availability in the Probation Department.  The
21
   draft Presentence Report should be out by this Friday, September 27, 2013.
22
        It should be noted that Counsel for defendant Davies may need additional time to file objections
23
   to the PSR if a complex trial presently scheduled to commence on November 4, 2013, goes forward and
24
   if extensive objections to the PSR become necessary.  But it was thought better to schedule this sooner
25
   and adjust as we go along, rather than putting it off longer than may be necessary.
26
        Counsel for defendants Smith and Duncan have requested that their sentencings take place at the
27
   same time, or after, the sentencing of defendant Davies.  That request is reasonable because of the
28

   Stipulation for continuance of status conference           1

1  interlocking nature of the sentencing issues and the somewhat lesser role of these defendants. Their
2  Presentence Reports are completed and they are ready to be sentenced.
3       Therefore, it is requested that the Court adopt the following schedule for defendant Matthew
4  Davies:
5       Draft PSR to Counsel by 9/27/2013
6       Informal objections - 10/11/2013
7       Final PSR filed with Court - 10/18/2013
8       Motion for Correction of the PSR filed by 11/1/2013
9       Reply of Non-Opposition - 11/8/2013
10      J&S 11/15/2013 at 9:00 a.m.
11  It is further requested that the sentencing of defendants Lynn Smith and Robert Duncan also take
12  place on November 15, 2013 at 9:00 a.m.

Dated: September 24, 2013

BENJAMIN B. WAGNER
United States Attorney

 /s/ Richard J. Bender
RICHARD J. BENDER
Assistant United States Attorney

Dated:  September 24, 2013

/s/ William Portanova (by RJB)
WILLIAM PORTANOVA
Counsel for Lynn Smith

Dated:  September 24, 2013

/s/ Patrick K. Hanly (by RJB)
PATRICK K. HANLY
Counsel for Matthew Davies

Dated:  September 24, 2013

/s/ Thomas Johnson (by RJB)
THOMAS JOHNSON
Counsel for Robert Duncan

It is so ORDERED.

Dated:  September 25, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge