Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorney for Defendant
MATTHEW DAVIES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No: 12-0255 GEB |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND (PROPOSED) ORDER RE: DEFENDANT'S REQUEST TO CONTINUE SELF SURRENDER DATE** |
| MATTHEW DAVIES, | ) |
| Defendant. | ) |

## INTRODUCTION

With the Court's permission, defendant Matthew Davies, and the Plaintiff United States of America, by and through its undersigned counsel, hereby request and stipulate that defendant Davies self-surrender date be continued from March 3, 2014 at 2:00 p.m. to April 3, 2014 at 2 p.m.  This continuance is necessary for defendant Davies to make arrangements for the financial security of his family and to prepare his business to be operated in his absence so that the 15 people he employs will not lose their livelihoods.

## REASONS FOR REQEUST

On December 13, 2013, defendant Davies was sentenced to 60 months in prison pursuant to a

guilty plea to marijuana cultivation and distribution arising from his participation in a medical marijuana dispensary operation.  Mr. Davies was ordered by this Court to self-surrender on March 3, 2014 at 2:00 p.m.

Davies' incarceration will require that he sell his home that he shares with his wife and two small children, ages 2 and 1.  Davies is preparing the house for sale but it is not yet ready to be placed on the market.  There is additional work such as plumbing, cabinetry, painting and electrical work that remains to be completed.  In addition, water damage has to be prepared.  Since his sentencing, Davies has been working to get the house ready for sale but needs and additional 30-days to get the bulk of the repair work done and to get the house ready.

In addition, since his sentencing, Davies has been working to get his business in a position that others can run it in his absence. Davies employees 15 people in his real estate business.  They depend on him for their livelihood.  He does not want to leave them in the lurch.  He has hired additional people to fill his role, including his father, but they are not yet ready to take over.  With the additional time requested the business will be ready to operate without Davies at the helm.

Pre-trial services indicates that Mr. Davies has fully complied with all the terms of his pre-trial release.  The United States Attorney's Office has no objection to this one time request but will object to and future requests.  Defendant Davies agrees to make no further requests for a continuance of his self surrender date absent extraordinary circumstances such as illness or a death in the family.   Accordingly, defendant Davies respectfully requests that this Court Order that his self-surrender date be continued from March 3, 2014 to April 3, 2014 at 2:00 p.m.

**IT IS SO STIPULATED** between the United States and the defendant, Matthew Davies that Mr. Davies' self-surrender date be continued by the Court from March 3, 2014 at 2:00 p.m. to April 3, 2014 at 2:00 p.m. and that he is ordered to appear on that date at the institution designated by the United States Bureau of Prisons or at the United States Marshal's Office, 501 I Street, Sacramento CA.

///

///

                                                                       BENJAMIN B. WAGNER
                                                                       United States Attorney

DATED: 2-24-2014                           By:      /s/ Richard Bender
                                                                        Assistant United States Attorney

DATED: 2-24-2014                                         /s/ Patrick K. Hanly
                                                                        Counsel for Defendant
                                                                        Matthew Davies

                                                             **O R D E R**

      **IT IS SO ORDERED**.

Dated:  February 25, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND ORDER TO CONTINUE SELF SURRENDER DATE