Albert M. Ellis, SBN 79996
Adam A. Ramirez, SBN 251064
HAKEEM, ELLIS & MARENGO
A Professional Law Corporation
3414 Brookside Road, Suite 100
Stockton, California 95219
Telephone: (209) 474-2800
Facsimile: (209) 474-3654

Attorneys for Defendant,
Matthew Rowan Davies

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-00255-GEB |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE ADMIT/DENY HEARING; ORDER** |
| v. | |
| MATTHEW ROWAN DAVIES, | |
| Defendant. | |

**STIPULATION TO CONTINUE ADMIT/DENY HEARING**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate to the to following facts and request the court enter an order thereon:

1. The admit/deny hearing in this matter was previously scheduled to occur on November 9, 2019.

2. The hearing was recently moved on the court's own motion to November 15, 2019.

3. Counsel for the defendant has represented to the other parties that he is not available on November 15, 2019.

4. The parties are available on **December 13, 2019 at 9:00 A.M.**, and request the court to reset the hearing to that date and time.

IT IS SO STIPULATED.

Dated: November 13, 2019     /s/ Albert M. Ellis
Albert M. Ellis, Counsel for Matthew Davies

Dated: November 13, 2019     /s/ Vincenza Rabenn
Vincenza Rabenn, Counsel for United States

**ORDER**

Based upon the stipulation of the parties, the above-requested continuance is so ordered.

Dated: November 14, 2019

GARLAND E. BURRELL, JR.
Senior United States District Judge