Albert M. Ellis, SBN 79996
Adam A. Ramirez, SBN 251064
HAKEEM, ELLIS & MARENGO
A Professional Law Corporation
3414 Brookside Road, Suite 100
Stockton, California 95219
Telephone: (209) 474-2800
Facsimile: (209) 474-3654

Attorneys for Defendant,
Matthew Rowan Davies

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-00255-TLN |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE ADMIT/DENY HEARING; ORDER** |
| v. | |
| MATTHEW ROWAN DAVIES, | |
| Defendant. | |

**STIPULATION TO CONTINUE ADMIT/DENY HEARING**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate to the to following facts and request the court enter an order thereon:

1. The admit/deny hearing in this matter is scheduled to occur on January 9, 2020.

2. The defendant on November 18, 2019 became incarcerated in San Joaquin County, and the parties to this case seek additional time to make arrangements to deal with that new status.

3. Counsel for defendant requests additional time to review the file and consult with the probation officer assigned to the case.

1
STIPULATION TO CONTINUE ADMIT/DENY HEARING; ORDER

4. The parties seek to avoid wasting the court's resources in the event nothing of substance occurs at the scheduled hearing.

5. The parties are available on **February 13, 2020 at 9:30 A.M.**, and request the court to reset the hearing to that date and time.

IT IS SO STIPULATED.

Dated: January 7, 2020     /s/ Albert M. Ellis___
                           Albert M. Ellis, Counsel for
                           Matthew Davies

Dated: January 7, 2020     /s/ Vincenza Rabenn_
                           Vincenza Rabenn, Counsel for
                           United States

**ORDER**

Based upon the stipulation of the parties, the above-requested continuance is so ordered this 7th day of January, 2020.

_____
Troy L. Nunley
United States District Judge

2
STIPULATION TO CONTINUE ADMIT/DENY HEARING; ORDER