Albert M. Ellis, SBN 79996
Adam A. Ramirez, SBN 251064
HAKEEM, ELLIS & MARENGO
A Professional Law Corporation
3414 Brookside Road, Suite 100
Stockton, California 95219
Telephone: (209) 474-2800
Facsimile: (209) 474-3654

Attorneys for Defendant,
Matthew Rowan Davies

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-00255-TLN |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE ADMIT/DENY HEARING; ORDER** |
| v. | |
| MATTHEW ROWAN DAVIES, | |
| Defendant. | |

**STIPULATION TO CONTINUE ADMIT/DENY HEARING**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate to the to following facts and request the court enter an order thereon:

1. The admit/deny hearing in this matter is presently scheduled to occur on February 13, 2020, at 9:30 A.M.

2. The defendant on November 18, 2019 became incarcerated in San Joaquin County.

3. The defendant is anticipated to be released from custody at the San Joaquin County Jail on or about June 7, 2020.

4. If the admit/deny hearing is continued until after the defendant is released from custody, the expenses

associated with obtaining an order and transportation of the defendant to the court would be avoided, and thus efficiency and economy would be promoted by continuing the hearing until after the defendant's release.

5. The parties are available and request the court to reset the hearing to **June 18, 2020, at 9:30 a.m.,** which is a date after the projected release date of the defendant.

IT IS SO STIPULATED.

Dated: February 5, 2020   /s/ Albert M. Ellis
                          Albert M. Ellis, Counsel for
                          Matthew Davies

Dated: February 10, 2020  /s/ Vincenza Rabenn
                          Vincenza Rabenn, Counsel for
                          United States

**ORDER**

Based upon the stipulation of the parties, the above-requested continuance is so ordered this 10th day of February, 2020.

_____
Troy L. Nunley
United States District Judge