UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW ROWAN DAVIES,<br><br>Defendant. | Case No. 2:12-cr-00255-TLN<br><br>**SEALING ORDER** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Exhibit A to Defendant Matthew Rowan Davies motion for early termination of supervised release shall be filed under seal until further order of the Court.

IT IS SO ORDERED.

Dated: October 28, 2021

Troy L. Nunley
United States District Judge